DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO E. WARD,**
Appellant,

v.

**IVANHOE ESTATES HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D21-1779

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE19-022931 (09).

David W. Rodstein and Robert R. Edwards of Miller, George & Suggs, PLLC, Fort Lauderdale, for appellant.

Paul J. Milberg of Milberg Klein, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***